PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 SECTION 341 MEETING
DATE  09/07/18, 10:00am

IN RE: Vinson, Donna L.
       Edwards, Jeannie S.

CASE NO. 18-11236

APPEARANCES:
(✓) DEBTOR 1
    (✓) Required Picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received  *social security*

(✓) DEBTOR 2 (WIFE IN JOINT CASES)
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received  *social security*

Credit counseling certificate ( ✓ ) filed  ( ) not filed

Tax returns received for ___2017___ (years) on _____

Financial Documents were ( ) retained by trustee  ( ) returned to debtor(s)

( ) DEBTOR'S REPRESENTATIVE:_____
(✓) ATTORNEY FOR DEBTOR(S): _____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, has debtor completed pro se form?

(✓) THE MEETING OF CREDITORS WAS HELD.

( ) THE MEETING OF CREDITORS WAS NOT HELD (see additional notes).

( ) THE MEETING OF CREDITORS WAS NOT CONCLUDED AND IS CONTINUED TO THE ___ DAY OF _____, 20__ AT _____ O'CLOCK ___.M.

YES (✓) NO ( ) Attorney for debtor filed statement of compensation pursuant to 11 U.S.C. 329?

CREDITOR(S)  UST - McCulloch
_____
_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within ___ days of 341(a) Meeting.

( ) OTHER:_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES:_____

DATED:  9/7/18                          5    _[signature]_

                                        JOHN W. LUSTER, PRESIDING OFFICER

Tract #_____  or Tape #_____  Side ____  Counter Start #_____

18-11236 - #7  File 09/10/18  Enter 09/10/18 10:37:35  Main Document  Pg 1 of 1