UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:                                                      CASE NUMBER 18-11236

Donna L. Vinson
    aka Donna Lynn Vinson
Jeannie S. Edwards
    aka Jeannie Sue Edwards,
        DEBTOR(S)                              CHAPTER 7

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMSTIC STAY AND CERTIFICATE OF SERVICE

TO: The debtor(s):        Donna L Vinson, 8007 Amy Hewes Drive, Shreveport, LA 71115 and Jeannie S Edwards, 8007 Amy Hewes Drive, Shreveport, LA 71115

The debtor(s) attorney:   Kelli Rene Cook, kellilaw@cook4law.com

The Trustee:              John W. Luster, luster_jbr@bellsouth.net

The U.S. Trustee:         Office of the U.S. Trustee, USTPRegion05.SH.ECF@usdoj.gov

NOTICE IS HEREBY GIVEN OF AN **IF AND ONLY IF** HEARING ON THE FOLLOWING MOTION:

| | |
|---|---|
| Title of Motion: | Motion for Relief from Automatic Stay |
| Moving Party: | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| Date and Time of Hearing: | November 27, 2018 at 9:30 a.m. |
| **RESPONSE DEADLINE:** | November 20, 2018 |
| Place of Hearing: | United States Bankruptcy Court, 300 Fannin Street, Courtroom 4, Fourth Floor, Shreveport, LA 71101 |
| Relief Requested: | Relief from the automatic stay to enforce a security interest in the following described property: 8916 Acacia Lane, Shreveport, LA 71118 |

Nature of mover's security interest:   Mortgage

Please be advised that this communication is from a debt collector and any information obtained may be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has been discharged of a debt in accordance with the bankruptcy laws of the United States.

*Mover understands and agrees that, since the notice hearing date is more than thirty days from the date of this Notice and from the filing of this Motion, the automatic stay will remain in full force and effect pending the hearing on the Motion scheduled November 27, 2018 at 9:30 a.m.*

Metairie, Louisiana, this 25th day of October, 2018.

Respectfully submitted,

SHAPIRO & DAIGREPONT, L.L.C.

BY: /s/Remy F. Symons
Penny M. Daigrepont, Attorney
Louisiana Bar Roll Number 30464
L. Claire Mayer, Attorney
Louisiana Bar Roll Number 31837
Skye E. Prince, Attorney
Louisiana Bar Roll Number 33114
Emily E. Holley, Attorney
Louisiana Bar Roll Number 36875
Remy F. Symons, Attorney
Louisiana Bar Roll Number 34553
Sean E. Williams, Attorney
Louisiana Bar Roll Number 37551
Attorneys for Mover
3510 N. Causeway Blvd., Suite 600
Metairie, LA 70002
(504) 831-7726

Certificate of service: Undersigned counsel for mover certifies that this Notice and the described motion have this day been served by United States Mail, postage pre-paid or via electronic mail, upon the persons to whom it is addressed at the addresses indicated above on this 25th day of October, 2018.

BY: */s/Remy F. Symons*
Remy F. Symons
Louisiana Bar Roll Number 34553