**SO ORDERED.**

**DONE and SIGNED November 30, 2018.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:                                                   CASE NO. 18-11236
DONNA L. VINSON                         CHAPTER 7
JEANNIE S. EDWARDS
        DEBTOR(S)

## ORDER

This matter having come before the Court on the Application for Authority to Sell Debtors' Membership Interests in 4BFF, LLC (Doc #16), and notice appearing proper, and no objection or higher bid being filed,

IT IS HEREBY ORDERED that the Motion is Granted and John W. Luster, Trustee, is authorized to sell the debtors' 50% membership interest in 4BFF, LLC to Catherine R. Hunter and Patricia M. Cramer, for the sum of $2,000.00, cash.

IT IS FINALLY ORDERED that the trustee is authorized to execute any and all documents necessary to conclude this matter.

###

This order was prepared and is being submitted by:

John W. Luster, Trustee
POB 488
1120 Williams Avenue
Natchitoches, LA 71458-0488
Telephone: (318) 352-3602
Facsimile: (318) 352-3608
Email: luster_j@bellsouth.net

```
                         United States Bankruptcy Court
                          Western District of Louisiana
```

```
In re:                                                    Case No. 18-11236-JSH
Donna L. Vinson                                           Chapter 7
Jeannie S. Edwards
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0536-5          User: rmmitchel        Page 1 of 1           Date Rcvd: Nov 30, 2018
                              Form ID: pdf8          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2018.
db/jdb         +Donna L. Vinson,   Jeannie S. Edwards,   938 Kingwood Dr. Apt 1114,   Kingwood, TX 77339-4454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2018 at the address(es) listed below:
          Emily E. Holley    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper laecf@logs.com
          John W. Luster    luster_jbr@bellsouth.net,  LA29@ecfcbis.com
          Kelli Rene' Cook    on behalf of Debtor Donna L. Vinson kellilaw@cook4law.com,
           kelli@ecf.inforuptcy.com
          Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
          Remy F. Symons   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper rsymons@logs.com
                                                                      TOTAL: 5
```