UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

IN RE:                                                                CASE NO. 18-11236
VINSON, DONNA L.                                CHAPTER 7
EDWARDS, JEANNIE S.
    DEBTOR(S)

## TRUSTEE'S NOTICE OF CHANGE OF STATUS

      COMES NOW, the undersigned trustee in the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the trustee has discovered assets which may result in a distribution to creditors of the estate.

      Therefore, it is requested that a notice to file claims should be mailed to all creditors of record.

DATE: December 10, 2018.

                                                     Respectfully submitted,

                                                       /s/ John W. Luster
                                                   JOHN W. LUSTER, TRUSTEE