**SO ORDERED.**

**DONE and SIGNED January 7, 2019.**

_____
JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**IN RE:**

Donna L. Vinson                              CASE NO. 18-11236
    aka Donna Lynn Vinson
Jeannie S. Edwards
    aka Jeannie Sue Edwards,
           DEBTOR                       CHAPTER 7

## ORDER

      Upon consideration of the Motion for Relief from Automatic Stay filed by Nationstar Mortgage Services d/b/a Mr. Cooper (P-36), a hearing having been reserved for January 9, 2019 at 10:00 a.m., and proper notice having been given, no response having been filed, and the court being of the opinion that the requested relief is justified and warranted;

      IT IS ORDERED that the automatic stay afforded by 11 U.S.C. § 362 be and it is hereby modified, annulled and lifted to permit Nationstar Mortgage Services d/b/a Mr. Cooper, or its

successors or assigns, to judicially enforce its claim and to foreclose on its security interest or otherwise exercise its security interest in the property bearing the following legal description:

> LOT 166, BROOKWOOD, UNIT NO. 3, A SUBDIVISION OF THE CITY OF SHREVEPORT, CADDO PARISH, LOUISIANA, AS PER PLAT THEREOF RECORDED IN CONVEYANCE BOOK 650, PAGE 631, OF THE OFFICIAL RECORDS OF CADDO PARISH, LOUISIANA, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS LOCATED THEREON.
>
> Which has the address of 8916 Acacia Lane, Shreveport, LA 71118.

IT IS FURTHER ORDERED that this Order lifting the automatic stay shall remain in full force and effect if the Debtor should convert this case to any other Chapter of the Bankruptcy Code.

###

Respectfully submitted,

SHAPIRO & DAIGREPONT, L.L.C.

BY:  */s/Remy F. Symons*
Remy F. Symons, LBR #34553
Attorney for Mover
3510 N. Causeway Blvd., Suite 600
Metairie, LA 70002
(504) 831-7726